F.T. Alexandra Mahaney, State Bar No. 125984
Peter R. Munson, State Bar No. 193216
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
Tel: (858) 350-2300
Fax: (858) 350-2399

Daniel McDonald (admitted *pro hac vice*)
Tong Wu (admitted *pro hac vice*)
MERCHANT & GOULD
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612)332-9081

Attorneys for Defendants Compact International, Inc.,
Lee A. Johnson, BZ Global Sdn. Bhd, BZ Global (H.K.)
Limited, Chee Choon Cheah and Kok Cheong Soo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPA International Pty Ltd., d/b/a/ Nufurn Pty Ltd.; Nufurn, Inc.; and Dennis Michael Krawchuk, an individual,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>Compact International, Inc.; Lee Johnson, an individual; PRE Sales, Inc.; Eric Segal, an individual; BZ Global Sdn. Bhd.; BZ Global (H.K.) Limited; Chee Choon Cheah, an individual; and Kok Cheong Soo, an individual,<br><br>Defendants/Counterclaim Plaintiffs. | CASE NO.: 06 CV 1147 WQH AJB<br><br>**[PROPOSED] ORDER APPROVING *EX PARTE* APPLICATION OF DEFENDANTS COMPACT INTERNATIONAL, INC., LEE A. JOHNSON, BZ GLOBAL SDN. BHD, BZ GLOBAL (H.K.) LIMITED, CHEE CHOON CHEAH AND KOK CHEONG SOO FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO DECEMBER 1, 2006 DECLARATION OF TONG WU IN SUPPORT OF MOTION OF DEFENDANTS FOR SANCTIONS AGAINST PLAINTIFFS' COUNSEL FOR UNAUTHORIZED CONTACTS WITH DEFENDANTS** |

1  Having considered the *Ex Parte* Application of Defendants Compact International, Inc.; Lee A. Johnson, BZ Global Sdn. Bhd, BZ Global (H.K.) Limited; Chee Choon Cheah, and Kok Cheong Soo (the "Compact/BZ Defendants") to File Exhibit Under Seal and the Declaration of Tong Wu in Support Thereof:

**IT IS HEREBY ORDERED** that Exhibit C to the December 1, 2006 Declaration of Tong Wu in Support of Motion of Defendants Compact International, Inc., Lee A. Johnson, BZ Global Sdn. Bhd, BZ Global (H.K.) Limited, Chee Choon Cheah and Kok Cheong Soo for Sanctions Against Plaintiffs' Counsel for Unauthorized Contacts with Defendants PRE, Inc. and Eric Segal shall be filed under seal until further order of this Court.

Dated: 12/11/06

_____
UNITED STATES DISTRICT JUDGE

F.T. Alexandra Mahaney, State Bar No. 125984
Peter R. Munson, State Bar No. 193216
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA  92130
Tel: (858) 350-2300
Fax: (858) 350-2399

Daniel McDonald (admitted *pro hac vice*)
Tong Wu (admitted *pro hac vice*)
MERCHANT & GOULD
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612)332-9081

Attorneys for Defendants Compact International, Inc., Lee A. Johnson, BZ Global Sdn. Bhd, BZ Global (H.K.) Limited, Chee Choon Cheah and Kok Cheong Soo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPA International Pty Ltd., d/b/a/ Nufurn Pty Ltd.; Nufurn, Inc.; and Dennis Michael Krawchuk, an individual,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>Compact International, Inc.; Lee Johnson, an individual; PRE Sales, Inc.; Eric Segal, an individual; BZ Global Sdn. Bhd.; BZ Global (H.K.) Limited; Chee Choon Cheah, an individual; and Kok Cheong Soo, an individual,<br><br>    Defendants/Counterclaim Plaintiffs. | CASE NO.: 06 CV 1147 WQH AJB<br><br>**CERTIFICATE OF SERVICE** |

ORIGINAL

I, Misty Elam, declare:

  I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

  On December 7, 2006, I served a copy(ies) of the following document(s):

1) *EX PARTE* APPLICATION OF DEFENDANTS COMPACT INTERNATIONAL, INC., LEE A. JOHNSON, BZ GLOBAL SDN. BHD, BZ GLOBAL (H.K.) LIMITED, CHEE CHOON CHEAH AND KOK CHEONG SOO FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO DECEMBER 1, 2006 DECLARATION OF TONG WU IN SUPPORT OF MOTION OF DEFENDANTS FOR SANCTIONS AGAINST PLAINTIFFS' COUNSEL FOR UNAUTHORIZED CONTACTS WITH DEFENDANTS;

2) DECLARATION OF TONG WU IN SUPPORT OF *EX PARTE* APPLICATION OF DEFENDANTS COMPACT INTERNATIONAL, INC., LEE A. JOHNSON, BZ GLOBAL SDN. BHD, BZ GLOBAL (H.K.) LIMITED, CHEE CHOON CHEAH AND KOK CHEONG SOO FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO DECEMBER 1, 2006 DECLARATION OF TONG WU IN SUPPORT OF MOTION OF DEFENDANTS FOR SANCTIONS AGAINST PLAINTIFFS' COUNSEL FOR UNAUTHORIZED CONTACTS WITH DEFENDANTS; and

3) [PROPOSED] ORDER APPROVING *EX PARTE* APPLICATION OF DEFENDANTS COMPACT INTERNATIONAL, INC., LEE A. JOHNSON, BZ GLOBAL SDN. BHD, BZ GLOBAL (H.K.) LIMITED, CHEE CHOON CHEAH AND KOK CHEONG SOO FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO DECEMBER 1, 2006 DECLARATION OF TONG WU IN SUPPORT OF MOTION OF DEFENDANTS FOR SANCTIONS AGAINST PLAINTIFFS' COUNSEL FOR UNAUTHORIZED CONTACTS WITH DEFENDANTS

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Scott Menghini<br>Fitch, Even, Tabin & Flannery<br>9276 Scranton Road, Suite 250<br>San Diego, CA 82121<br>Telephone: (858) 552-1311<br>Facsimile: (858) 552-0095 | Attorneys for Plaintiffs | Facsimile & US Mail |
| Philip T. Petti<br>Fitch, Even, Tabin & Flannery<br>120 South LaSalle Street, Suite 1600<br>Chicago, IL 60603-3406<br>Telephone: (312) 577-7000<br>Facsimile: (312) 577-7007 | Attorneys for Plaintiffs | Facsimile & US Mail |

| | | |
|---|---|---|
| Thomas L. Grindle<br>Christopher A. Lidstad<br>Soloman Grindle Silverman<br>& Spinella, A.P.C.<br>12651 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone (858) 792.8500, Ext. 225<br>Facsimile (858) 793-8263 | Attorneys for PRE Sales, Inc. and Eric Segal | Facsimile & US Mail |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s), to the addressee(s) noted above, designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Ste. 200, San Diego, CA. I am readily familiar with WSGR's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☒ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the document(s) to (see above). The facsimile transmission(s) was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on December 7, 2006.

Misty Elam

