cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPA INTERNATIONAL PTY LTD., d/b/a NUFURN PTY LTD.; NUFURN, INC. and DENNIS MICHAEL KRAWCHUK, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>COMPACT INTERNATIONAL, INC.; LEE JOHNSON, an individual; PRE SALES, INC; ERIC SEGAL, an individual; BZ GLOBAL SDN. BHD.; BZ GLOBAL (H.K.) LIMITED; CHEE CHOON CHEAH, an individual; and KOK CHEONG SOO, an individual,<br><br>　　　　　Defendants.<br><br>KOK CHEONG SOO, an individual; and CHEE CHOON CHEAH, an individual,<br><br>　　　　　Counter-Plaintiffs,<br>v.<br><br>DENNIS MICHAEL DRAWCHUK, an individual,<br><br>　　　　　Counter-Defendant. | Civil No.06cv1147 WQH(AJB)<br><br>Order Continuing Early Neutral Evaluation Conference |

Due to a conflict on the Court's calendar, the Early Neutral Evaluation Conference currently scheduled before Judge Battaglia on December 20, 2006 is hereby continued to *3:00 p.m. on December 21, 2006*.

IT IS SO ORDERED.

DATED: December 18, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court