IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 MAY 29 AM 8:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| RPA International Pty Ltd., d/b/a Nufurn Pty Ltd.; Nufurn, Inc.; and Dennis Michael Krawchuk, an individual; <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> Compact International, Inc.; Lee Johnson, an individual; PRE Sales, Inc.; Eric Sales, an individual; BZ Global Sdn. Bhd.; BZ Global (H.K.) Limited; Chee Choon Cheah, an individual; and Kok Cheong Soo, an individual; <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No. 06 CV 1147 WQH AJB <br><br> [PROPOSED] AGREED ORDER OF DISMISSAL WITH PREJUDICE OF PRE SALES, INC. AND ERIC SEGAL |

The Court being advised that Plaintiffs, RPA International Pty Ltd., d/b/a Nufurn Pty Ltd., Nufurn, Inc., and Dennis Michael Krawchuk (collectively, "Nufurn") and Defendants, PRE Sales, Inc., d/b/a P.R.E. Sales, Inc., and Eric Segal (collectively "PRE") have settled and resolved their differences and have entered into an agreement setting out the terms and conditions of the settlement, having an effective date of October 11, 2006 (the "October 11, 2006 Agreement"), and as part of such agreement have agreed to the dismissal of the claims by and between Nufurn and PRE in accordance with the entry of this Order;

NOW THEREFORE, upon the agreement of Nufurn and PRE, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This Court has jurisdiction of the subject matter of and the parties to this action and venue is properly laid in this district.

2. PRE does not dispute that Mr. Krawchuk is the lawful owner of all right, title and interest in and to U.S. Patent No. 6,969,113 issued on November 29, 2005, and the inventions thereof, and PRE does not dispute that the '113 patent is valid and enforceable.

3. The Court shall retain and hereby retains continuing exclusive jurisdiction over Nufurn and PRE and the subject matter hereto for the purpose of interpreting and enforcing the October 11, 2006 Agreement.

4. The present cause and all claims that have been or could have been brought by and between Nufurn and PRE in this action are in all other respects dismissed with prejudice.

5. The action remains pending and is not dismissed in any respect as to claims by and between Nufurn and the remaining defendants.

6. Nufurn and PRE shall each bear its own costs and attorneys' fees incurred in this action.

So Ordered:

Date: 5/23, 2007

The Honorable William Q. Hayes
UNITED STATES DISTRICT COURT

AGREED AS TO FORM:

Date: March 1, 2007                                Date: March 1, 2007

s/Philip T. Petti                                  s/ Christopher A. Lidstad
Philip T. Petti                                    Thomas L. Grindle
FITCH, EVEN, TABIN & FLANNERY                      Christopher A. Lidstad
120 South LaSalle, #1600                           SOLOMON GRINDLE SILVERMAN & SPINELLA
Chicago, IL 60603-3406                             12651 High Bluff Drive
T: (312) 577-7000                                  Suite 300
F: (312) 577-7007                                  San Diego, CA 92130
E-mail: petti@fitcheven.com                        T: (858) 793-8511
                                                   F: (858) 793-8263
Scott J. Menghini, CA Bar No. 199216
FITCH, EVEN, TABIN & FLANNERY                      *Attorneys for Defendants*
9276 Scranton Road
Suite 250
San Diego, CA 92121
T: (858) 552-1311
F: (858) 552-0095
E-mail: Scott@fitcheven.com

Merritt R. Blakeslee
DEKIEFFER & HORGAN
729 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 20005
T: (202) 783-6900
F: (202) 783-6909
E-mail: mblakeslee@dhlaw.com

*Attorneys for Plaintiffs*

3

Case No. 06 CV 1147 WQH AJB