**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RPA International Pty Ltd., d/b/a Nurfurn Pty Ltd.; Nufurn, Inc.; and Dennis Michael Krawchuk, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br>Compact International, Inc.; Lee Johnson, an individual; PRE Sales, Inc.; Eric Segal, an individual; BZ Global Sdn. Bhd.; BZ Global (H.K.) Limited; Chee Choon Cheah, an individual; and Kok Cheong Soo, an individual,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 06cv1147 WQH (AJB)<br><br>**ORDER**<br><br>(Docs. # 79, 80) |

HAYES, Judge:

　　Two matters are pending before the Court: (1) the "Request to Proceed as Self-Represented Litigant" (Doc. # 79), and (2) the "Request to Use CM/ECF to File Documents with the Court" (Doc. # 80). Both documents were filed by Defendant Kok Cheong Soo ("Soo").

　　Soo is an individual. (Compl. ¶ 20; Am. Answer, Affirmative Defenses and Counterclaims at 6.) Individuals, as opposed to corporations, "may plead and conduct their own cases personally." 28 U.S.C. § 1654 ("In all courts of the United States the parties may

1  plead and conduct their own cases personally or by counsel as, by the rules of such courts,
2  respectively, are permitted to manage and conduct causes therein."); *cf. D-Beam Ltd. P'ship*
3  *v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) ("Corporations and other
4  unincorporated associations must appear in court through an attorney."); S.D. Cal. L.R. 83.3(k)
5  (same).  Therefore, Soo's "Request to Proceed as Self-Represented Litigant" (Doc. # 79) is
6  **GRANTED**.

7  Soo also "request[s] the Court for authorization to access the filing portion of CM/ECF
8  to file documents electronically."  (Doc. # 80.)  Pursuant to the Southern District of
9  California's Electronic Case Filing Administrative Policies and Procedures Manual (ECF
10 Manual), pro se litigants are required to submit and file all documents in paper form.  *See* ECF
11 Manual, § 2(b).  However, after reviewing Soo's motion, and noting that Soo's address is in
12 Malaysia, the Court concludes that it would be in the interest of justice to allow Soo to file
13 documents electronically.  Accordingly, Soo's "Request to Use CM/ECF to File Documents
14 with the Court" (Doc. # 80) is **GRANTED**.  Soo is required to follow all local rules related to
15 electronic filing of court documents.  *See generally* ECF Manual.

16 DATED: July 10, 2007

17                                                                    *William Q. Hayes*
18                                                               **WILLIAM Q. HAYES**
                                                                   United States District Judge