cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RPA INTERNATIONAL PTY LTD., d/b/a NUFURN PTY LTD.; NUFURN, INC. and DENNIS MICHAEL KRAWCHUK, an individual, | ) ) ) ) ) | Civil No.06cv1147 WQH(AJB) Order Granting Motion to Compel [Doc. No. 84] |
| Plaintiff, | ) | |
| v. | ) | |
| COMPACT INTERNATIONAL, INC.; LEE JOHNSON, an individual; PRE SALES, INC; ERIC SEGAL, an individual; BZ GLOBAL SDN. BHD.; BZ GLOBAL (H.K.) LIMITED; CHEE CHOON CHEAH, an individual; and KOK CHEONG SOO, an individual, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| KOK CHEONG SOO, an individual; and CHEE CHOON CHEAH, an individual, | ) ) ) | |
| Counter-Plaintiffs, | ) | |
| v. | ) | |
| DENNIS MICHAEL DRAWCHUK, an individual, | ) ) ) | |
| Counter-Defendant. | ) | |

Plaintiffs' filed a motion to compel individual defendants, Chee Choon Cheah and Lee A. Johnson to respond to Plaintiffs' First Set of Interrogatories and First Set of Document Requests served on May 18, 2007 and for reasonable attorneys fees and costs incurred in connection with bringing this motion pursuant to Rule 37(a)(4) of the Federal Rules of Civil Procedure. Individual defendants Chee

Choon Cheah and Lee A. Johnson have not responded or in any way opposed Plaintiffs' motion to compel. Plaintiffs' have filed a Reply brief and submitted proof of service for both the motion to compel and the discovery requests at issue in this motion. The motion hearing set for September 10, 2007 at 1:00 p.m. in Courtroom A before Judge Battaglia is hereby vacated and the Court finds as follows:

Individual defendants Chee Choon Cheah and Lee A. Johnson have waived any objection to Plaintiffs' First Set of Interrogatories and First Set of Document Requests by failing to timely respond or object to these requests.

Plaintiffs' motion to compel is hereby **GRANTED**. Individual defendants Chee Choon Cheah and Lee A. Johnson shall completely respond to Plaintiffs' First Set of Interrogatories and produce all documents responsive to Plaintiffs' First Set of Document Requests *on or before September 25, 2007.*

Defendants' Cheah and Johnson are warned that failure to comply with this order will result in this Court recommending to the district judge that Defendants' Cheah and Johnson actions manifest the requisite fault justifying Defendants' Cheah and Johnson answer be stricken and default judgment be entered pursuant to Fed. Rules Civ. Proc. Rule 37(d).[1]

IT IS SO ORDERED.

DATED: September 10, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

---

[1] Sigliano v. Mendoza, 642 F.2d 309 (9th Cir. 1981) ( A party's repeated failure to comply with discovery requests and district court orders manifested the requisite fault and fully justified district court's imposition of sanction of case terminating sanctions.).