cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPA INTERNATIONAL PTY LTD., d/b/a NUFURN PTY LTD.; NUFURN, INC. and DENNIS MICHAEL KRAWCHUK, an individual,<br><br>            Plaintiff,<br>v.<br><br>COMPACT INTERNATIONAL, INC.; LEE JOHNSON, an individual; PRE SALES, INC; ERIC SEGAL, an individual; BZ GLOBAL SDN. BHD.; BZ GLOBAL (H.K.) LIMITED; CHEE CHOON CHEAH, an individual; and KOK CHEONG SOO, an individual,<br><br>            Defendants.<br><br>KOK CHEONG SOO, an individual; and CHEE CHOON CHEAH, an individual,<br><br>            Counter-Plaintiffs,<br>v.<br><br>DENNIS MICHAEL DRAWCHUK, an individual,<br><br>            Counter-Defendant. | Civil No.06cv1147 WQH(AJB)<br><br>Order Setting Telephonic Discovery Conference |

      Plaintiffs' contacted the Court regarding discovery issues that have arisen between the Plaintiffs and individual *pro se* Defendant Kok Cheong Soo. Plaintiffs' represented to the Court that the parties had met and conferred in compliance with the local rules regarding these discovery issues, but the parties had reached an impasse at to these issues. As such, the Court hereby ORDERS Plaintiffs and

1

Defendant Kok Cheong Soo to further meet and confer to prepare a joint statement ***briefly*** listing the discovery requests that remain at issue and providing a ***brief*** statement setting forth each parties position regarding the requests at issue.  The parties shall file the joint statement with the Court on or before ***September 21, 2007***.  A ***telephonic discovery conference*** will be held on ***September 26, 2007 at 5:00 p.m. PST***, before Judge Battaglia to address: 1) the discovery issues set forth in the joint statement; and 2) briefing regarding disclosure of documents and information designated attorneys eyes only under the protective order entered in this case.[1]  Plaintiffs' shall initiate the conference call.

IT IS SO ORDERED.

DATED: September 10, 2007

                                                      Hon. Anthony J. Battaglia
                                                    U.S. Magistrate Judge
                                                    United States District Court

---

[1] The Protective Order entered in this case was entered prior to Defendant Kok Cheong Soo decision to appear *pro se* in this matter.  The protective order was entered on January 31, 2007 and Mr. Soo' attorney's request to withdrawal was granted by the Court on May 31, 2007.