cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPA INTERNATIONAL PTY LTD., d/b/a NUFURN PTY LTD.; NUFURN, INC. and DENNIS MICHAEL KRAWCHUK, an individual,<br><br>            Plaintiff,<br>v.<br><br>COMPACT INTERNATIONAL, INC.; LEE JOHNSON, an individual; PRE SALES, INC; ERIC SEGAL, an individual; BZ GLOBAL SDN. BHD.; BZ GLOBAL (H.K.) LIMITED; CHEE CHOON CHEAH, an individual; and KOK CHEONG SOO, an individual,<br><br>            Defendants.<br><br>KOK CHEONG SOO, an individual; and CHEE CHOON CHEAH, an individual,<br><br>            Counter-Plaintiffs,<br>v.<br><br>DENNIS MICHAEL DRAWCHUK, an individual,<br><br>            Counter-Defendant. | Civil No.06cv1147 WQH(AJB)<br><br>Order Following Telephonic Discovery Conference |

     A telephonic discovery conference was held on September 26, 2007. Philip Petti and Amanda Lowery appeared on behalf of the Plaintiff and Kok Cheong Soo, an individual defendant, appeared pro se. Two issue were raised by the parties during the conference. First, Plaintiff sought supplementation of Defendant Soo's written responses to interrogatories and requests for production of documents, as well as production of documents responsive to their requests for production. Defendant Soo agreed to:

1) to supplement and fully respond to interrogatory no. 9 *on or before October 3, 2007*; and 2) to supplement his written responses to fully respond to Plaintiff's interrogatories and requests for production of documents, as well as produce all documents in his possession, custody or control that are responsive to Plaintiff's requests *on or before October 10, 2007.*

With regard to the second issue raised by the parties, the Court set a briefing schedule for Defendant Soo's motion to compel production of confidential and/or privileged documents designated 'attorney's eyes only' produce by the parties pursuant to the protective order in this case.  Defendant Soo shall file his motion to compel *on or before October 3, 2007* and Plaintiff shall file their response *on or before October 17, 2007*.  The Court sets a telephonic discovery conference for *October 23, 2007 at 5:00 p.m.* to discuss resolution of the motion.  Plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED:  September 28, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court