cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPA INTERNATIONAL PTY LTD., d/b/a NUFURN PTY LTD.; NUFURN, INC. and DENNIS MICHAEL KRAWCHUK, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COMPACT INTERNATIONAL, INC.; LEE JOHNSON, an individual; PRE SALES, INC; ERIC SEGAL, an individual; BZ GLOBAL SDN. BHD.; BZ GLOBAL (H.K.) LIMITED; CHEE CHOON CHEAH, an individual; and KOK CHEONG SOO, an individual,<br><br>　　　　　　　Defendants.<br><br>KOK CHEONG SOO, an individual; and CHEE CHOON CHEAH, an individual,<br><br>　　　　　　　Counter-Plaintiffs,<br><br>v.<br><br>DENNIS MICHAEL DRAWCHUK, an individual,<br><br>　　　　　　　Counter-Defendant. | Civil No.06cv1147 WQH(AJB)<br><br>ORDER SETTING DATES FOR SUPPLEMENTATION OF DISCLOSURE AND DISCOVERY |

The Court has previously granted plaintiffs' Motions to Compel Discovery from defendant Soo. At the last conference, the Court found the necessity to order the parties to supplement their initial

1

1 disclosures. The Court directed plaintiffs' counsel to itemize the information outstanding for purposes
2 of scheduling compliance by Mr. Soo. The Court has the December 18, 2007 letter in that regard.
3 Following review, the Court sets the following schedule:
4     1.    Mr. Soo will supplement the interrogatory and document request items set forth
5 in Mr. Petti's December 18, 2007 letter by January 15, 2008; and
6     2.    Both parties will supplement their initial disclosures no later than January 30, 2008.
7     Mr. Soo must follow the guidelines set by the Court in its prior Order and the Court again states
8 that any failure to supplement discovery or initial disclosures by Mr. Soo will result in the initiation of
9 proceedings leading to the entry of judgment in favor of the plaintiffs on all matters in the litigation..
10     IT IS SO ORDERED.
11
12 DATED: December 19, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court